**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN PASTOR,

      Plaintiff(s),

    v.

NEW CENTURY MORTGAGE CORP,

      Defendant(s).
_____/

No. C 12-01253 DMR

**ORDER RE DOCKET NO. 12**

On August 28, 2012, Plaintiffs filed a document which they entitled "Amended Complaint." [Docket No. 12.] However, the court dismissed this case with prejudice on June 28, 2012. [Docket No. 10.] Filing a purported amended complaint will have no effect as the case is no longer open. If Plaintiffs wish to commence another litigation, they must file a new case with the Court.

IT IS SO ORDERED.

Dated: August 31, 2012

DONNA M. RYU
United States Magistrate Judge