UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PASTOR, | No. C 12-01253 DMR |
| Plaintiff(s), | **ORDER RE DOCKET NO. 12** |
| v. | |
| NEW CENTURY MORTGAGE CORP, | |
| Defendant(s). | |

On August 28, 2012, Plaintiffs filed a document which they entitled "Amended Complaint." [Docket No. 12.] However, the court dismissed this case with prejudice on June 28, 2012. [Docket No. 10.] Filing a purported amended complaint will have no effect as the case is no longer open. If Plaintiffs wish to commence another litigation, they must file a new case with the Court.

IT IS SO ORDERED.

Dated: August 31, 2012



DONNA M. RYU
United States Magistrate Judge