United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN PASTOR,                                         No. C 12-01253 DMR

        Plaintiff(s),                              **AMENDED ORDER**

    v.

NEW CENTURY MORTGAGE CORP,

        Defendant(s).

_____/

      On August 28, 2012, Plaintiffs filed a document which they entitled "Amended Complaint."
[Docket No. 12.]  However, the court dismissed this case with prejudice on June 28, 2012.  [Docket
No. 10.]  Filing a purported amended complaint has no effect as the case is no longer open.
Moreover, the court finds that the new filing suffers the same defects as the original complaint and
consequently would be subject to summary dismissal.


      IT IS SO ORDERED.


Dated:  August 31, 2012

_____
DONNA M. RYU
United States Magistrate Judge