UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PASTOR, | No. C 12-01253 DMR |
| Plaintiff(s), | **AMENDED ORDER** |
| v. | |
| NEW CENTURY MORTGAGE CORP, | |
| Defendant(s). | |

On August 28, 2012, Plaintiffs filed a document which they entitled "Amended Complaint." [Docket No. 12.] However, the court dismissed this case with prejudice on June 28, 2012. [Docket No. 10.] Filing a purported amended complaint has no effect as the case is no longer open. Moreover, the court finds that the new filing suffers the same defects as the original complaint and consequently would be subject to summary dismissal.

IT IS SO ORDERED.

Dated: August 31, 2012

DONNA M. RYU
United States Magistrate Judge